IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **TROY E. ROBERTSON,** <br> [DOB: 10-21-1993], <br><br> Defendant. | Case No. _____ <br><br> *Felon in Possession of a Firearm* <br> 18 U.S.C. §§ 922(g)(1) and 924(a)(2) <br> NMT 10 Years' Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years' Supervised Release <br> Class C Felony <br><br> $100 Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

On or about June 5, 2021, in Jackson County, in the Western District of Missouri, the defendant, **TROY E. ROBERTSON,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock 45 9mm firearm, bearing Serial Number BMVH888, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

*/s/ Kathleen Shaw*
**FOREPERSON OF THE GRAND JURY**

*/s/ Maureen A. Brackett*
**Maureen A. Brackett**
Special Assistant United States Attorney

DATED:    10/27/2021
Kansas City, Missouri